ALLEN *v.* SOUTHERN INSURANCE SECURITIES CORPORATION.

HUTCHESON, Justice. This case is controlled by the decision of this court in the case of *Aspironal Laboratories Incorporated* v. *Mallinckrodt Chemical Works*, 180 *Ga.* 544 (179 S. E. 709). The judge of the superior court erred in dismissing the petition for certiorari.

*Judgment reversed. All the Justices concur.*

No. 10655. NOVEMBER 15, 1935.

*William G. McRae* and *George G. Finch*, for plaintiff.
*Jones, Fuller & Clapp* and *Ellis L. Cone*, for defendant.